IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KENNETH E. THOMAS, and<br>KRISTIN L. THOMAS, | O R D E R<br>Civ. No. 10-6234-AA |
| Plaintiffs, | |
| vs. | |
| ONEWEST BANK, FSB, a<br>federally chartered savings bank<br>and REGIONAL TRUSTEE SERVICES<br>CORPORATION, a Washington<br>corporation, | |
| Defendants. | |

AIKEN, Chief Judge:

    Plaintiff's Emergency Motion for Preliminary Injunction (doc. 24) is granted. On November 18, 2010, this court previously denied as moot plaintiffs' prior motion for preliminary injunction based on defendants' representation to this court that

1 - ORDER

defendants have "postponed foreclosure from September 30 through December 2, 2010, pending the Court's decision on [defendants'] motion to dismiss and is willing to continue working with plaintiffs to postpone foreclosure beyond December 2, if necessary." Order, doc. 23. Pending are both defendants' motion to dismiss and plaintiffs' motion for preliminary injunction. The court granted defendants leave to file a surreply to the preliminary injunction motion until December 6, 2010.

Therefore, a preliminary injunction is hereby entered to preserve the subject matter of this litigation and to cancel and enjoin a Trustee's Sale of the Property scheduled on December 2, 2010, as well as preclude any further foreclosure proceedings, sale, transfer, or encumbering of the property at issue pending the full disposition of this litigation on the merits, or settlement by the parties.

The parties are encouraged to contact the court if they are interested in a judicial settlement conference.

IT IS SO ORDERED.

Dated this <u>30</u> day of November 2010.

    /s/ ANN AIKEN
      Ann Aiken
United States District Judge

2 - ORDER